DANIEL BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IGNACIO DeALBA,<br><br>Defendant. | 2:12-CR-00079-JCM-PAL<br><br>STIPULATION TO CONTINUE EVIDENTIARY HEARING ON MOTION TO SUPPRESS FOR FOURTH AMENDMENT VIOLATIONS (Dkt. #44) |

IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL G. BOGDEN, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, Assisstant Federal Public Defender, counsel for defendant IGNACIO DeALBA, that evidentiary hearing on defendant's *Motion to Suppress for Fourth Amendment Violations* (Dkt. #44) in the above-captioned matter, which is currently set for March 5, 2013, be vacated and continued to a date and time to be set by this Court, for any time after March 8, 2013.

This Stipulation is entered into for the following reasons:

1. The evidentiary hearing on the motion was previously reset. Government counsel realized that she will be out of the District during the new date and time set for the evidentiary hearing. Government counsel will not be back in the District until March 6, 2013. However,

1

Government counsel has evidentiary hearings on motions to suppress currently scheduled in *United States v. Fehrman* (2:12-cr-00252-JCM-VCF) on March 7, 2013, and another motion to suppress in *United States v. Brown* (2:11-cr-00334-MMD-GWF) on March 8, 2013. While it is likely one or more of the motions may be continued, in an abundance of caution the Government is requesting the hearing in this case be reset for after March 8, 2013.

    2.    Defense counsel does not have an objection to a brief continuance.

    3.    The defendant is incarcerated, but does not object to the continuance.

    4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

    5.    The additional time requested herein is not sought for purposes of delay, but to allow for the availability of Government counsel.

DATED this 22 day of February, 2013.

DANIEL G. BOGDEN  
United States Attorney

_____//s//_____  
CRISTINA D. SILVA  
Assistant United States Attorney

_____//s//_____  
REBECCA LEVY,  
Assistant Federal Public Defender  
Counsel for Defendant - DeALBA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>IGNACIO DeALBA,<br><br>              Defendant. | 2:12-CR-00079-JCM-PAL<br><br>FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. That the evidentiary hearing on the motion was previously reset. That Government counsel realized that she will be out of the District during the new date and time set for the evidentiary hearing. Further, that Government counsel will not be back in the District until March 6, 2013. However, Government counsel has evidentiary hearings on motions to suppress currently scheduled in *United States v. Fehrman* (2:12-cr-00252-JCM-VCF) on March 7, 2013, and another motion to suppress in *United States v. Brown* (2:11-cr-00334-MMD-GWF) on March 8, 2013. That while it is likely one or more of the motions may be continued, in an abundance of caution the Government is requesting the hearing in this case be reset for after March 8, 2013.

2. That Defense counsel does not have an objection to a brief continuance.

3. That the defendant is incarcerated, but does not object to the continuance.

4. Additionally, that denial of this request for continuance could result in a miscarriage of justice.

5. That the additional time requested herein is not sought for purposes of delay, but to allow for the availability of Government counsel.

7. That this is the <u>second</u> request for a continuance of the evidentiary hearing.

### CONCLUSIONS OF LAW

Based on the fact that the parties have agreed to the continuance; based on the fact that the defendants does not object to the continuance; and based on the fact that denial of this request for continuance could result in a miscarriage of justice, the Court hereby concludes that:

The ends of justice are served by granting said continuance, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny counsel for the government the opportunity to call an essential witness, taking into account the exercise of due diligence.

### ORDER

IT IS THEREFORE ORDERED that the deadline for the evidentiary hearing on the *Motion to Suppress for Fourth Amendment Violations* (Dkt. #44) in this matter, currently set for March 5, 2013, at 10:00 am is vacated and the same is continued and reset to __Tuesday, March 12__, 2013 at __1:30pm in Courtroom #3B__.

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2