**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-cr-00079-JCM-PAL |
| )  Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | (Mtn for Leave - Dkt. #62) |
| ) | |
| IGNACIO DEALBA, ) | |
| )  Defendant. ) | |

This matter is before the court on Defendant Ignacia DeAlba's Pro Se Motion for Leave to File Pro Se Motion to Suppress (Dkt. #62) filed June 19, 2013. The court has considered the Motion.

**BACKGROUND**

On March 13, 2012, the grand jury returned an Indictment (Dkt. #1), charging DeAlba with felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On March 23, 2012, DeAlba made an initial appearance, entered a not guilty plea, and was detained pending trial. *See* Minutes of Proceedings (Dkt. #9). On July 25, 2012, DeAlba filed a Motion to Suppress (Dkt. #21), seeking to suppress evidence found after a traffic stop. On September 14, 2012, the court entered a Report of Findings and Recommendation (Dkt. #32) recommending that the Motion to Suppress be denied, which the district judge affirmed in an Order (Dkt. #39) adopting the Report and Recommendation and denying the Motion to Suppress.

On September 18, 2012, the grand jury returned a Superceding Indictment (Dkt. #33), charging DeAlba with two counts of felon in possession of a firearm in violation 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The charges in the Superceding Indictment arise out of the July 9, 2011 search of the home of Helen Robinette, DeAlba's mother. DeAlba made an initial appearance on the Superceding

///

Indictment on September 28, 2012, entered not guilty pleas, and was detained pending trial. *See* Minutes of Proceedings (Dkt. #36).

On January 25, 2013, DeAlba filed a second Motion to Suppress (Dkt. #44). The court granted DeAlba's request for an evidentiary hearing and set it for February 28, 2013. The parties stipulated to a continuance and the court held an evidentiary hearing on the Motion to Suppress on March 12, 2013. *See,* Stipulation (Dkt #46), Order (Dkt #48), and Minutes of Proceeding (Dkt. #52). On April 12, 2013, the court entered a Report of Findings and Recommendation ("R&R) (Dkt. #53) recommending that the Motion to Suppress be denied. DeAlba objected to the R&R (Dkt. #60), and the government responded (Dkt. #61). That matter is under submission to the district judge.

## DISCUSSION

DeAlba requests permission to file a third *pro se* motion to suppress related to the inventory search of the vehicle in which DeAlba was a passenger prior to his arrest by Las Vegas Metropolitan Police Department. He states that on June 4, 2013 he mailed a copy of his motion with supporting authorities to his counsel who has not filed the motion on his behalf. However, the first motion to suppress filed by counsel in this case raised Fourth Amendment challenges to the stop and sought to suppress evidence seized as a result of the stop.

Local Rule IA 10-6(a) provides that a party who is represented by counsel cannot appear or act in a case while so represented. *Id.* DeAlba is represented by attorney Rebecca Levy of the Federal Public Defender's Office. She has filed two Motions to Suppress on his behalf. The court held an evidentiary hearing on the second-filed Motion, and issued an R&R. Objections to this court's findings and recommendations on both motions to suppress are now fully briefed and before the trial judge for decision. DeAlba is not entitled to file motions on his own behalf while represented by counsel, and is also not entitled to file multiple motions to suppress on issues previously addressed by the court. His counsel has objected to this court"s prior findings and recommendations, and asked the trial judge to overrule those findings and not follow the recommendations. The trial court has not yet decided whether to affirm, adopt or overrule them.

For these reasons,

///

1  **IT IS ORDERED** that DeAlba's Motion for Leave (Dkt. #62) is DENIED.

2  Dated this 21st day of June, 2013.

```
                                        _____
                                        PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE
```