UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>IGNACIO DeALBA, JR.,<br><br>Defendant(s). | Case No. 2:12-CR-79 JCM (PAL)<br><br>ORDER |

Presently before the court is the case of *United States v. DeAlba*, case number 2:12-cr-00079-JCM-PAL.  A hearing on revocation of supervised release is currently set for Friday, July 31, 2015, at 10:30 am.  (Doc. # 92).

On July 27, 2015, defense counsel filed a sealed motion to withdraw as attorney.  (Doc. # 94).  This motion is currently pending before Judge Leen.  Due to the outstanding motion, the court will continue the revocation hearing to allow defendant and counsel adequate time to prepare.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the hearing on revocation of supervised release currently set for Friday, July 31, 2015, at 10:30 am, be, and the same hereby is, VACATED and continued to Wednesday, August 12, 2015, at 10:00 am.

DATED July 29, 2015.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**